

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00806-CV

**IN THE INTEREST OF K.J.G., A.G., O.M.G., AND J.P.M, CHILDREN**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-02090
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The notice of appeal was filed on November 28, 2022.

Appellant is represented on appeal by appointed counsel, Mr. Shawn Sheffield. Appellant's brief originally was due to be filed on January 12, 2023. Appellant has been granted one extension, until January 30, 2023. On January 30, 2023, Mr. Sheffield filed a motion requesting an extension until February 7, 2023.

The motion is GRANTED, and Mr. Sheffield is ORDERED to file appellant's brief **no later than February 7, 2023**. **FURTHER REQUESTS FOR AN EXTENSION OF TIME WILL BE DISFAVORED**.

It is so **ORDERED** February 1, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT